UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALE WILLS, | ) | 1:98-CV-6052-OWW-DLB-P |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #171) |
| CAL TERHUNE, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 12, 2005, plaintiff filed a motion to extend time to file a motion for summary judgment. Due to the fact that plaintiff filed the motion for summary judgment on May 17, 2005, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to file a motion for summary judgment is GRANTED nunc pro tunc to May 7, 2005.

IT IS SO ORDERED.

Dated:  May 26, 2005          /s/ Dennis L. Beck
3c0hj8                        UNITED STATES MAGISTRATE JUDGE