UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALE G. WILLS, | ) | 1:96-CV-06052-OWW-DLB-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME FOR PLAINTIFF TO FILE REPLY |
| v. | ) | TO OPPOSITION |
| | ) | (DOCUMENT #197) |
| C. TERHUNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 30, 2005, plaintiff filed a motion to extend time to file a reply to defendants' opposition to plaintiff's motion for a deferred ruling on defendants' motion for summary judgment. Defendants' opposition to plaintiff's motion for a deferred ruling was filed on July 21, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of service of this order in which to file a reply to defendants' opposition to plaintiff's motion for a deferred ruling.

IT IS SO ORDERED.

Dated:  September 26, 2005            /s/ Dennis L. Beck
3c0hj8                                UNITED STATES MAGISTRATE JUDGE