**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DALE G. WILLS, | ) | 1:98-cv-6052 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS RE |
| v. | ) | PLAINTIFF'S MOTION FOR |
| | ) | PRELIMINARY INJUNCTION |
| C. TERHUNE, et al., | ) | (DOCS. 138, 185) |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Findings and Recommendations of the Magistrate Judge are before the Court concerning Plaintiff's motion for preliminary injunction. The Plaintiff timely filed objections on August 12, 2005. The court has conducted a *de novo* review pursuant to the provisions of 28 U.S.C. § 636(b). The Magistrate Judge has thoroughly analyzed the factual and legal issues surrounding Plaintiff's contentions that the illumination in the security housing unit cell in which he is housed constitutes cruel and unusual punishment.

Plaintiff fails to demonstrate the requisite likelihood of success on the merits, fails to establish he will suffer irreparable harm, and fails to demonstrate that no legitimate penological reasons exist for security lights in the segregated

housing unit to permit correctional officers to observe the activities within the cell at a reasonable distance for the security of the officers and inmates.

For all these reasons:

1. The Findings and Recommendations of the United States Magistrate Judge are ADOPTED;

2. Plaintiff's Motion for a Preliminary Injunction is DENIED.

DATED:  September 30, 2005.

/s/ OLIVER W. WANGER

_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

wills v. terhune order