UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALE WILLS, | ) | 1:98-CV-6052 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #210) |
| | ) | |
| C.TERHUNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 6, 2006, plaintiff filed a motion to extend time to file objections to the findings and recommendations issued February 10, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted ten (10) days from the date of service of this order in which to file objections to the findings and recommendations issued February 10, 2006.

IT IS SO ORDERED.

Dated:   **March 7, 2006**          **/s/ Dennis L. Beck**
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE