UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE G. WILLS, | 1:98-cv-06052-OWW-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 209) |
| vs. | **ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** (Doc. 168) |
| C. TERHUNE, et al., | |
| Defendants. | **ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** (Doc. 173) |
| | **ORDER CONCLUDING ENTIRE ACTION** |

Plaintiff, Dale G. Wills ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 10, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within twenty (20) days.  On March 6, 2006, plaintiff filed a motion to extend time.

1

On March 8, 2006, the court granted plaintiff an additional ten (10) days within which to respond.  On March 21, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed February 10, 2006, are ADOPTED IN FULL;

2. Defendants' motion for summary judgment, filed May 6, 2005, is GRANTED;

3. Plaintiff's motion for summary judgment, filed May 17, 2005, is DENIED; and,

4. This action is therefore CONCLUDED in its entirety.

IT IS SO ORDERED.

**Dated:   March 28, 2006**              **/s/ Oliver W. Wanger**
emm0d6                        UNITED STATES DISTRICT JUDGE